IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARGO CARLIN,** : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | |
| v. : | No. 2:12-cv-2988 |
| : | |
| **MICHAEL MARREN, ET AL.** : | |
| **Defendants.** : | |

# ORDER

**AND NOW**, this 3rd day of October, 2012, upon consideration of Defendant Bensalem Rescue Squad's Motion to Dismiss (Doc. No. 3), and the response and reply thereto, and for the reasons set forth in the Court's Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff is granted leave to file an amended complaint within thirty (30) days of this Order, after which time, if Plaintiff has not done so, Defendant may move for dismissal. If Plaintiff does not wish to file an amended complaint, she may file an appropriate notice with the Court asserting her intent to stand on the original complaint.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**