# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGO CARLIN,<br>    Plaintiff<br><br>vs.<br><br>MICHAEL MARREN, BENSALEM<br>RESCUE SQUAD, BENSALEM<br>TOWNSHIP, BENSALEM TOWNSHIP<br>POLICE DEPARTMENT, HULMEVILLE<br>ENTERPRISES, INC. t/a HULMEVILLE<br>INN AND IMAN, INC. t/a BAILEY'S<br>BAR & GRILL,<br>    Defendants | :<br>:  CIVIL ACTION<br>:<br>:  NO. 2:12-cv-02988-MSG<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed that Plaintiff's Amended Complaint in the above captioned case is dismissed with prejudice with the parties to bear their respective costs including any possible attorney fees or other expenses of this litigation.

Respectfully submitted,

McNICHOL, BYRNE & MATLAWSKI, P.C.  THOMAS, THOMAS & HAFER, LP

By: _____  By: _____
  James J. Byrne, Jr., Esquire        Brooks Foland, Esquire
                      Attorney for Bensalem
                      Rescue Squad
By: _____
  Kelly S. Sullivan, Esquire
  Attorneys for Plaintiff, Margo Carlin

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGO CARLIN, | : |
|     Plaintiff | :    CIVIL ACTION |
| | : |
| vs. | :    NO. 2:12-cv-02988-MSG |
| | : |
| MICHAEL MARREN, BENSALEM | : |
| RESCUE SQUAD, BENSALEM | : |
| TOWNSHIP, BENSALEM TOWNSHIP | : |
| POLICE DEPARTMENT, HULMEVILLE | : |
| ENTERPRISES, INC. t/a HULMEVILLE | : |
| INN AND IMAN, INC. t/a BAILEY'S | : |
| BAR & GRILL, | : |
|     Defendants | : |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed that Plaintiff's Amended Complaint in the above captioned case is dismissed with prejudice with the parties to bear their respective costs including any possible attorney fees or other expenses of this litigation.

Respectfully submitted,

McNICHOL, BYRNE & MATLAWSKI, P.C.    THOMAS, THOMAS & HAFER, LP

By: _____    By: *[signature]*
    James J. Byrne, Jr., Esquire        Brooks Foland, Esquire
                                        Attorney for Bensalem
                                        Rescue Squad

By: _____
    Kelly S. Sullivan, Esquire
    Attorneys for Plaintiff, Margo Carlin

PIETRAGALLO, GORDON, ALFANO,
BOSICK & RASPANTI, LLP

By: _____
    Christopher Iacono, Esquire
    Attorney for Hulmeville
    Enterprises, Inc. t/a Hulmeville
    Inn

WILLIAM J. FERREN & ASSOCIATES

By: _____
    Paola Tripodi Kaczynski, Esquire
    Attorney for Bensalem Township &
    Bensalem Township Police
    Department

RUSSO & TONER, LLP

By: _____
    Charles B. Stokes, Esquire
    Attorney for Iman, Inc.

PIETRAGALLO, GORDON, ALFANO,
BOSICK & RASPANTI, LLP

By: _____
    Christopher Iacono, Esquire
    Attorney for Hulmeville
    Enterprises, Inc.

WILLIAM J. FERREN & ASSOCIATES

By: _____
    Paola Tripodi Kaczynski, Esquire
    Attorney for Bensalem Township &
    Bensalem Township Police
    Department

RUSSO & TONER, LLP

By: _____
    Charles B. Stokes, Esquire
    Attorney for Iman, Inc.

PIETRAGALLO, GORDON, ALFANO, BOSICK & RASPANTI, LLP

By: _____
Christopher Iacono, Esquire
Attorney for Hulmeville Enterprises, Inc.

WILLIAM J. FERREN & ASSOCIATES

By: _____
Paola Tripodi Kaczynski, Esquire
Attorney for Bensalem Township & Bensalem Township Police Department

RUSSO & TONER, LLP

By: _/s/ Charles B. Stokes_____
Charles B. Stokes, Esquire
Attorney for Iman, Inc.